# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Ralph J. Hutton, III,

    Plaintiff,

        v.                                     Case No. 1:06cv065

Wanza Jackson, et al.,                   Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendations filed on October 13, 2006 (Docs. 54 & 55).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Reports and Recommendations of the Magistrate Judge are hereby **ADOPTED**. Plaintiff's Motion for Summary Judgment (Doc. 16) is **DENIED**; and Plaintiff's Motion for Preliminary Injunction and TRO (Doc. 21) is **DENIED**.

    **IT IS SO ORDERED.**

bac     December 21, 2006

                                                        */s/ Michael R. Barrett*
                                                        Michael R. Barrett, Judge
                                                        United States District Court